UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN OPEN COURT
[signature] 5/27/03

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 02-10070-GAO |
| v. ) | |
| ) | |
| AUGUSTINE E. PESATURO & ) | |
| RICHARD M. STRAKA, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AGREEMENT

It is hereby stipulated by and between the parties hereto, by and through their respective attorneys, that all of the following stipulations shall apply:

1. A sample of the 60 gallons of fuel purchased by the IRS from a Covenant Oil truck on January 5, 1996, contained 75% kerosene.

2. A sample of the 80 gallons of fuel purchased by the IRS from a Covenant Oil truck on January 11, 1996, contained a concentration of 11.3 mgs/l of red dye and contained 20% kerosene.

3. A sample of the 75 gallons of fuel purchased by the IRS from a Covenant Oil truck on January 12, 1996, contained a concentration of 10.1 mgs/l of red dye and contained 26% kerosene.

4. A sample of the 80 gallons of fuel purchased by the IRS from a Covenant Oil truck on January 18, 1996, contained a concentration of 8.7 mgs/l of red dye and contained 38% kerosene.

1

5. A sample of the 80 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 1, 1996, contained 78% kerosene.

6. A sample of the 70 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 8, 1996, contained 58% kerosene.

7. A sample of the 90 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 8, 1996, contained a concentration of 15.3 mgs/l of red dye and contained 5% kerosene.

8. A sample of the 52 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 9, 1996, contained 67% kerosene.

9. A sample of the 69 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 15, 1996, contained 63% kerosene.

10. A sample of the 46 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 16, 1996, contained 64% kerosene.

11. A sample of the 62 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 26, 1996, contained 58% kerosene.

12. A sample of the 63 gallons of fuel purchased by the IRS from a Covenant Oil truck on February 29, 1996, contained 61% kerosene.

13. A sample of the 72 gallons of fuel purchased by the IRS from a Covenant Oil truck on May 16, 1996, contained 47% kerosene.

14. A sample of the 59 gallons of fuel purchased by the IRS from a Covenant Oil truck on May 22, 1996, contained 45% kerosene.

15. A sample of the 85 gallons of fuel purchased by the IRS from a Covenant Oil truck on June 4, 1996, contained 80% kerosene.

16. A sample of the 63 gallons of fuel purchased by the IRS from a Covenant Oil truck on June 6, 1996, contained 37% kerosene.

17. Each party reserves the right to offer at trial any other competent, material, relevant and admissible evidence which may tend to explain a transactional intent of the parties.

18. The Defendants reserve the right to object to admissibility of any evidence on the grounds of relevance and materiality.

_____
William J. Cintolo
Counsel for Defendant Augustine E. Pesaturo
Cosgrove, Eisenberg and Kiley, P.C.
One International Place, Suite 1820
Boston, MA 02110-2600


_____
Elliot Weinstein
Counsel for Defendant Richard M. Straka
228 Lewis Warf
Boston, MA 02110

MICHAEL SULLIVAN
UNITED STATES ATTORNEY

_____
William J. Lovett

_____
David J. Ignall
Department of Justice Tax Division
600 E. Street, N.W.
Washington, D.C. 20004
(202) 514-5145
Fax (202) 514-0961

3